# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUVENNISE GAMBLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 12-150 ERIE |
| V ) | |
| ) | |
| COUNTY OF ERIE, PENNSYLVANIA, ) | |
| ET AL. ) | |
| ) | |
| Defendants. ) | |

## Order of Court

And now, this 16th day of September, 2013, for the reasons set forth in the Accompanying Memorandum Opinion, IT IS HEREBY ORDERED that:

(1) Defendants' Motion to Dismiss (doc. no. 27) is GRANTED;

(2) Defendant's Motion to Strike the Seventh Amended Complaint (doc. no. 32) is GRANTED;

(3) Plaintiff's Motion for Extension of Time to respond to the pending Motion to Dismiss (doc. no. 29) is DENIED AS MOOT;

(4) Plaintiff's Motion to Extend the Time to Serve (doc. no. 34) is DENIED;

(5) Plaintiff's Motion for Leave to file Eighth Amended Complaint (doc. no. 35) is DENIED;

(6) Plaintiff's Sixth Amended Complaint is dismissed with prejudice; and

(7) The Clerk shall mark the docket closed.

s/Arthur J. Schwab<br>
Arthur J. Schwab<br>
United States District Judge

cc:   All Registered ECF Counsel and Parties